UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

MARYANN SANTIAGO,

Plaintiff,

-against-

COCO NAIL HB, INC., a New York
corporation d/b/a COCO NAIL, et ano,

Defendant.

------------------------------------------------------x

ORDER

10 CV 3373 (ILG)

APR 03 2012

BROOKLYN OFFICE

GLASSER, United States District Judge:

A default judgment having been entered on December 9, 2010, the matter was referred to Magistrate Judge Go for a Report and Recommendation to conduct an inquest as to the amount of fees and costs to be awarded. That Report and Recommendation, dated March 16, 2012, advised the plaintiff that objections to it, if any, were to be filed and served by April 2, 2012, and that failure to do so would waive the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that plaintiff is awarded $1,706.75 in fees and $462 in costs for a total judgment of $2,168.75. This order will be electronically filed with a courtesy copy mailed to defendant at its last known address.

SO ORDERED.

Dated:      Brooklyn, New York
            April 3, 2012

s/ILG

_____
I. Leo Glasser